Michael A. Strauss CA Bar No. 246718
Andrew C. Ellison CA Bar No. 283884
Rabiah A. Rahman CA Bar No. 289790
STRAUSS & STRAUSS, APC
121 North Fir Street, Suite F
Ventura, CA 93001
Telephone:  805.641.6600
Facsimile:   805.641.6607
Attorneys for Plaintiff JASMIN TURNER and the Putative Class

Spencer C. Skeen CA Bar No. 182216
Tim L. Johnson CA Bar No. 265794
Jesse C. Ferrantella CA Bar No. 279131
OGLETREE, DEAKINS, NASH, SMOAK& STEWART, P.C.
4370 La Jolla Village Drive, Suite 990
San Diego, CA 92122
Telephone: 858.652.3100
Facsimile: 858.652.3101
Attorneys for Defendant MOTEL 6 OPERATING L.P.

E-FILED 11/14/18

Case already closed

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASMIN TURNER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MOTEL 6 OPERATING L.P.; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO:    2:17-cv-02544-PSG-SSx<br><br>(Removed from Ventura County Superior Court Case No. Case No. 56-2017-00492935-CU-OE-VTA)<br><br>*Assigned to Hon. Philip S. Gutierrez*<br><br>**CLASS ACTION**<br><br>**[~~PROPOS~~ED] ORDER GRANTING JOINT STIPULATION AND REQUEST TO MODIFY ORDER GRANTING FINAL APPROVAL OF CLASS SETTLEMENT**<br><br>Complaint filed:  February 13, 2017 |

**[~~PROPOSED~~] ORDER**

The Court, having reviewed the Parties' Joint Stipulation and Request to Modify Order Granting Final Approval of Class Settlement (ECF 35), and for good cause showing, hereby ORDERS as follows:

1. Due to an increase in class size, the Court's Order Granting Final Approval of Class Settlement (ECF 35) is HEREBY modified to increase the amount of Class Members from 2,780 to 2,783.

2. Pursuant to the escalator clause provision in Section III.A of the Joint Stipulation of Class Action Settlement, ECF 26-1, Settlement, III.A, the resulting Gross Settlement Amount is HEREBY adjusted from $1,364,752.09 to $1,366,224.84.

3. The fees for Class Counsel are HEREBY adjusted proportionately, from $341,188 to $341,556 to reflect the increase in the Gross Settlement Amount.

4. A modified version of the Order Granting Final Approval of Class Settlement is attached hereto.

5. Apart from Points One through Four above, the specific terms regarding Order Granting Final Approval of Class Settlement remain unchanged.

This order closes the case.

**IT IS SO ORDERED.**

DATED: 11/14/18

PHILIP S. GUTIERREZ

Hon. Philip S. Gutierrez
United States District Court Judge